

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-15-00480-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

**TEXAS HILL COUNTRY BANK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Sitting:       Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court